IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Raspberry, Cynthia

Printed: 7/22/08

Case Number: 08 B 07275
Judge: Goldgar, A. Benjamin
Filed: 3/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 231.49 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 216.44 |
| Trustee Fee: |  | 15.05 |
| Other Funds: |  | 0.00 |
| Totals: | 231.49 | 231.49 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,341.50 | 216.44 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 250.00 | 0.00 |
| 5. | Bank Of America | Secured | 4,857.50 | 0.00 |
| 6. | Bank Of America | Secured | 1,235.40 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 910.00 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 1,278.45 | 0.00 |
| 9. | Illinois Student Assistance Commission | Unsecured | 17,922.09 | 0.00 |
| 10. | Certified Recovery | Unsecured |  | No Claim Filed |
| 11. | Capital One Auto Finance | Unsecured |  | No Claim Filed |
| 12. | Certified Recovery | Unsecured |  | No Claim Filed |
| 13. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 29,794.94 | $ 216.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 15.05 |
|  | _____ |
|  | $ 15.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Raspberry, Cynthia

Printed: 7/22/08

Case Number: 08 B 07275
Judge: Goldgar, A. Benjamin
Filed: 3/26/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

